IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-30976
_____


BRIAN W. AMY; RUTH A. AMY,

                    Plaintiffs - Appellees-Cross-Appellants,

                         versus

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

                    Defendant - Appellant-Cross-Appellee.



_____

Appeals from the United States District Court
For the Western District of Louisiana
(99-CV-519)
_____

July 11, 2002

Before HIGGINBOTHAM, JONES, and BARKSDALE, Circuit Judges.

PER CURIAM:*

    In this hard-fought dispute between an insurer and its insured over coverage extended by a disability policy, the jury has decided in favor of the insured.  With the benefit of oral argument, we are persuaded that there is no reversible error in this case. Northwestern Mutual cannot overcome the high hurdle of overcoming this jury verdict.  We affirm the judgment.

_____

    * Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.